UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-1482 JMR/FLN

KATHERINE BURKS and COMMUNITY STABILIZATION PROJECT,

Plaintiffs,

v.

MEL MARTINEZ, in his official capacity as Secretary of Housing and Urban Development, BRUCE VAN DE WALKER, ANGELA VAN DE WALKER, and CAPITOL PLAZA, L.L.C.,

Defendants.

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE**

The parties, by counsel, hereby stipulate that the pretrial schedule should be amended to allow an additional thirty days within which to complete the briefing on the dispositive cross-motions as follows:

1. All dispositive motions shall be served, scheduled, and filed on or before April 1, 2003;

2. This case shall be ready for trial on and after May 1, 2003, at which time it will be placed on the court's non-jury trial calendar.

Dated: 1/17/03

THOMAS B. HEFFELFINGER
United States Attorney

Friedrich A P Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013

Attorneys for Defendant Mel Martinez, Secretary of Housing and Urban Development

FILED 1-21-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated:

HOUSING PRESERVATION PROJECT

John Cann (# 1748410)
Timothy L. Thompson (#0109447)
Attorney for Plaintiffs
570 Asbury Street, Suite 103
St. Paul, MN 55104
651-642-0102

Dated: January 15, 2002

Robert M. McClay

McCLAY ALTON, P.L.L.P.

Attorney I.D. #69620
951 Grand Avenue
St. Paul, MN 55105
651-290-0301

Attorney for Defendant
Capitol Plaza

Dated: January 15, 2003

PETERSON, FRAM, & BERGMAN

Esther E. McGinnis
Attorney I.D. #0269499
Suite 300
50 East Fifth Street
St. Paul, MN 55101-1197
651-291-8955

Attorney for Bruce and Angela Van De Walker

IT IS SO ORDERED.

Date:

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE