UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Katherine Burks, et al.,

Plaintiffs,

v.

Mel Martinez, Secretary of the
United States Department of
Housing and Urban Development,
et al.,

Defendants.

Civil 01-1482 JMR/FLN

O R D E R

---

IT IS HEREBY ORDERED that this case is stayed for six months except as follows:

1. HUD will file record on or before March 10, 2004;

2. Any outstanding discovery disputes will be resolved on or before May 1, 2004;

3. The parties will stipulate to the facts necessary to decide whether Plaintiffs are entitled to a permanent injunction;

4. Reconvene on August 24, 2004, at 9:00 a.m. to continue settlement conference; and

5. If this case does not settle, Plaintiffs shall make a motion for permanent injunction on or before October 1, 2004.

DATED: February 26, 2004.

S/ Franklin L. Noel
United States Magistrate Judge