**MINUTES OF PROCEEDINGS:** (XX) Judge James M. Rosenbaum
**MOTIONS** Reporter -

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA, 4TH DIVISION**

Katherine Burks ____________________ ____________________________

____________________________________ ____________________________

____________________________________ ____________________________

PLAINTIFF(S) PLAINTIFF(S) COUNSEL

VS. CIV.. 01-1482

Mel Martinez, et al. ____________________ ____________________________

____________________________________ ____________________________

____________________________________ ____________________________

INTERPRETER ______________________________________

( ) **MOTION MINUTES**

**ORDER TO BE SUBMITTED BY: ( ) COURT ( ) PLAINTIFF ( ) DEFENDANT**

STATISTICAL CLOSING: This case having been pending for over three years, all presently contemplated proceedings having been completed, and there having been no action herein for over12 months, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 to the Administrative Office. ***STAYED UNTIL AUGUST 24,*** 2004. CASE TO RE-OPEN IN SEPTEMBER 2004.

( ) Exhibits retained by Court. ( ) Exhibits returned to Counsel.
( ) Bond continued. ( ) Deft. Remanded to custody of U.S. Marshal.

Dated: 4-29-04

S/Larry Lewis
Larry Lewis, Calendar Clerk to
James M. Rosenbaum