# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Katherine Burks, et al. | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-cv-1482 |
| | ) | Date: August 24, 2004 |
| Mel Martinez, et al. | ) | Court Reporter: |
| | ) | Time Commenced: 9:30 |
| Defendants. | ) | Time Concluded: 2:00 |
| | ) | Time in Court: 4 Hours & 30 Minutes |

Hearing on: **Settlement Conference**

## APPEARANCES:

| | |
|---|---|
| Plaintiffs: | Jack Cann |
| Defendant Mel Martinez: | Friedrich Siekert |
| Defendant Capitol Plaza: | Robert McClay |
| Defendants Bruce & Angela VandeWalker: | Glenn Bergman |

## PROCEEDINGS:

Settlement conference conducted:

☒ No settlement reached.
☐ Status conference.
☒ Dates discussed for the progression of the case:

On or before September 10, 2004 HUD will decide whether Mr. Goldman has the power to revisit the three year old "Mark-up to Market" application made by Defendant Capitol Plaza;

On or before September 24, 2004 the parties will meet with Mr. Goldman to determine whether there is some basis upon which this case can be settled;

A second follow-up settlement conference will be held on October 7 at 9:00 AM in chambers of Magistrate Judge Noel, Suite 9W, 300 South Fourth Street, Minneapolis, MN.

Plaintiff shall make its motion for injunctive relief on or before October 18, 2004.

IT IS ORDERED:

☐ Schedule Set:
Trial:
PTC:
Discovery:
☒ Proceedings continued to __October 7, 2004___ at 9:00 a.m.

s/ Franklin L. Noel