AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Katherine Burks, et al.

V.

Mel Martinez, Bruce Van De Walker, et al.

## NOTICE

CASE 01-1482 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

FOLLOW-UP SETTLEMENT CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse, 300 So. 4th St., Minneapolis | October 7, 2004 at 9:00 a.m. | January 24, 2005 at 2:00 p.m. |

Franklin L. Noel
United States Magistrate Judge

September 21, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Timothy L. Thompson, Esq. & John D. Cann, Esq.
Friedrich A.P. Siekert, Esq.
Glenn Bergman, Esq.
Robert M. McClay, Esq.