AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Katherine Burks, et al.

V.

Mel Martinez, Secretary of HUD, et al.

**NOTICE**

CASE Civil 01-1482 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Chambers 9W |
| | DATE AND TIME |

TYPE OF PROCEEDING

FOLLOW-UP SETTLEMENT CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Minneapolis | January 24, 2005-2:00 p.m. | April 13, 2005 at 2:00 p.m. |

Franklin L. Noel
United States Magistrate Judge

January 24, 2005
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: John D. Cann, Esq.
Housing Preservation Project

Friedrich A. P. Siekert
Assistant U. S. Attorney

Glenn A. Bergman, Esq.
Peterson, Fram & Bergman

Robert M. McClay, Esq.
McClay & Alton