UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-1482 JMR/FLN

| | |
|---|---|
| KATHERINE BURKS and COMMUNITY STABILIZATION PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHONSO JACKSON, in his official capacity as Secretary of Housing and Urban Development, BRUCE VAN DE WALKER, ANGELA VAN DE WALKER, and CAPITOL PLAZA, L.L.C.,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by counsel, hereby stipulate and agree that the above referenced lawsuit shall be dismissed with prejudice, each party to bear its own costs, disbursements, and attorney's fees herein.

Dated:

HOUSING PRESERVATION PROJECT

John Cann (# 1748410)
Timothy L. Thompson (#0109447)
570 Asbury Street, Suite 103
St. Paul, MN 55104
651-642-0102

Attorney for Plaintiffs
Burks, et al. Martinez, et al.

Dated: April 12, 2005

McCLAY ALTON, P.L.L.P.

by: [signature] #149494

for: Robert M. McClay
Attorney I.D. #69620
951 Grand Avenue
St. Paul, MN 55105
651/290-0301

Attorney for Defendant
Capitol Plaza

Dated:

PETERSON, FRAM, & BERGMAN

[signature]

Glenn A. Bergman
Attorney I.D. #
Suite 300
50 East Fifth Street
St. Paul, MN 55101-1197

Attorney for Defendants
Van De Walkers

Dated:

April 12, 2005

THOMAS B. HEFFELFINGER
United States Attorney

[signature]

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for Alphonso Jackson