UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1482 JMR/FLN

KATHERINE BURKS and COMMUITY STABILIZATION PROJECT,

Plaintiffs,

v.

ALPHONSO JACKSON, in his official capacity as Secretary of Housing and Urban Development, BRUCE VAN DE WALKER, ANGELA VAN DE WALKER, and CAPITOL PLAZA, L.L.C.,

Defendants.

CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER

I hereby certify that on April 13, 2005, I caused the following documents:

STIPULATION OF DISMISSAL WITH PREJUDICE; CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| John D. Cann | jcann@hppinc.org |
| Robert McClay | law@mcclay-alton.com |
| Glenn A. Bergman | gbergman@pfb-pa.com |
| Timothy Thompson | tthompsn@midmnlegal.org |

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

rosenbaum_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed as noted below, to the following:

| | |
|---|---|
| John D. Cann | jcann@hppinc.org |
| Robert McClay | law@mcclay-alton.com |
| Glenn A. Bergman | gbergman@pfb-pa.com |
| Timothy Thompson | tthompsn@midmnlegal.org |

Dated: April 13, 2005

**s/Tina M. Knoll**
Tina M. Knoll