UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-1482 JMR/FLN

KATHERINE BURKS and COMMUNITY STABILIZATION PROJECT,

Plaintiffs,

v.

ALPHONSO JACKSON, in his official capacity as Secretary of Housing and Urban Development, BRUCE VAN DE WALKER, ANGELA VAN DE WALKER, and CAPITOL PLAZA, L.L.C.,

Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal With Prejudice, which stipulation is incorporated herein by reference, it is

ORDERED that this action be dismissed with prejudice, each party to bear its own costs, disbursements, and attorney's fees herein.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 18, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
UNITED STATES DISTRICT COURT JUDGE