AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Katherine Burks and Community Stabilization Project

V.

Alphonso Jackson, in his official capacity as Secretary of Housing and Urban Development, Bruce Van De Walker, Angela Van De Walker, and Capitol Plaza, LLC

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1482 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action be dismissed with prejudice, each party to bear its own costs, disbursements, and attorney's fees herein.

April 19, 2005
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk